**APPENDIX C - Jefferson Pines Apartments (now Legacy Pines)**



The following opinions are related to the accessible design and construction of Jefferson Pines Apartments (now Legacy Pines) in Houston, Texas.

On March 9 through 12, 2010, I visited the Jefferson Pines Apartments site and took photographs, notes and measurements of the complex. During that visit, Kevin Perkins, a representative of Mid-America Apartment Communities assisted with access to the units and the area.  Mr. Perkins and local personnel on site all represented that the units and garages visited were typical for the complex.

Jefferson Pines is located at 11100 Louetta Road, Houston Texas, 77070. It is an eighteen building complex with a pool that was built in the mid to late 1990s.  The buildings included fourteen residential multi-family buildings, one leasing office building, a fitness center, a game room building and a mail shelter and maintenance building.

There were a total of 308 units in the complex.  Eighty-four (84) of these were ground floor units and are covered units under the Fair Housing Act.

The sites, public and common use areas and dwelling units did not comply with the requirements of the Fair Housing Act and the Americans with Disabilities Act.  The items not in compliance are listed and referenced in the following section.  In general, the items included:

- The leasing office did not have an accessible route provided from the public street or from public transportation, an accessible route from the parking space, a parking space with an accessible access aisle, or accessible restrooms. (ADA Standards)

- The site lacked accessible routes from the public street and the entrance of the complex to the primary entrances of the units.  (Requirement 1 and 2, ANSI 4.3.2)

- The site lacked accessible routes to public and common areas such as recreational facilities, restrooms, mail boxes and trash dumpsters.  (Requirement 1 and 2, ANSI 4.3.2)

- The covered ground floor units did not have an accessible route to the parking areas. (Requirement 1 and 2, ANSI 4.3.2)

- Mailboxes were not within reach range.  (Requirement 2, ANSI 4.2.5, 4.2.6)

- Within the units, storage areas did not have usable doors, environmental controls were not within reach ranges and not all kitchens and baths were usable. (Requirements 4, 5 and 7, ANSI 4.2.5, 4.2.6, 4.13.6)

In my professional opinion, the design and construction of Jefferson Pines Apartments does not comply with the requirements of the Fair Housing Act, 42 U.S.C.   sec. 3601, *et seq.*

This site and building assessment is subdivided into three sections –

1.      Site Access                                    C-1-1

        Routes from public transportation and the site boundary
        Routes from public and common use areas
        Routes from residential buildings
        Parking and routes to accessible spaces.


2.      Public and Common Use Areas                    C-2-1

        Leasing Office & Clubhouse
        Swimming Pool, Mail, Laundry
        Trash and Pet Care Posts
        Garages
        Breezeways and Unit Entry doors.

3.      Residential Units                              C-3-1