# SITE & BUILDING CONSTRUCTION EVALUATION

**Section 1        Site Access**

Within the boundary of the site, accessible routes are required from public transportation stops, accessible parking, accessible passenger loading zones and public streets or sidewalks to accessible building entrances.  Routes must connect accessible building entrances with accessible spaces or elements within the building or facility.  (FHAG, Requirement 2, ANSI Chart of Basic Components)

## Routes from Public Streets to Building Entrances

There were no sidewalks extending to the street or to a public sidewalk at the complex.




*Leasing Office:*
*View from front parking area (#0940)*                    *End of sidewalk at side driveway(#0995)*

The only curb free access from the street and parking lot to the leasing office entrance and to the rent drop slot  required use of the curb ramp located adjacent to the parking area in front.  This curb ramp connected directly to the vehicular lane.



*Curb ramp & access aisle (#0941 at front)*

From the curb ramp, there was no accessible route to the front entry provided. The landing where the sidewalk turns 90 degrees had a cross slope of 5.0% in one direction (2% maximum allowable), the sidewalk had cross slopes up to 4.4% (2.0% maximum allowable) and the curb ramp had a cross slope of 5.7% (2.0% maximum allowable) and the curb ramp lacked required detectable warnings (ANSI 4.7.2, 4.8.2 and 4.27).

 

*Cross slope at landing (#0919), above*

*Cross slope at sidewalk (#0923), above right*

*Cross slope at curb ramp (#0928), right*



All curb ramps on site must comply with the requirements of ANSI 4.7 Curb Ramps and 4.27 Detectable Warnings.

All public and common use areas must be "readily accessible to and usable by handicapped persons." (100.205(c)(1)). Requirement 2 of the FHAG incorporates a chart identifying "the public and common use areas that should be made accessible" and citing "the appropriate section of the ANSI Standard…" (FHAG, p9504). The chart notes that public and common use areas must comply with ANSI A117.1 Sections 4.1 through 4.30 if provided at the site. Sections 4.7 and 4.27 are included in this requirement.

While ramps throughout the complex had unique widths, slopes, locations and other physical characteristics, the lack of required detectable warnings was uniformly non-compliant with the standards. ANSI 4.27 Detectable Warnings includes the two following paragraphs:

"4.27.2 Detectable warning textures on walking surfaces shall consist of exposed aggregate concrete, cushioned surfaces made of rubber or plastic, raised strips, or grooves. Textures shall

contrast with that of the surrounding surface.  Raised strips or grooves shall comply with Fig. 40.  Grooves may be used indoors only."

"4.27.5 Detectable Warnings at Hazardous Vehicular Areas.  If a walk crosses or adjoins a frequently used vehicular way, and if there are no curbs, railings, or other elements detectable by a person who has a severe visual impairment separating the pedestrian and vehicular areas, the boundary between the areas shall be defined by a continuous, detectable warning texture which is 36 in wide, complying with 4.27.2 (see Fig. 42)."

All ramps in the complex failed to comply with these texture and contrast standards.  This condition is noted in the following sections without additional references given.

## Routes to and from Public and Common Use Areas:

No sidewalks were provided within the interior of the site to connect buildings and amenities.  The entries to the residential portion of the site was gated and designed for vehicular use only.  (FHAG, Requirement 2)



*Entry to Residential Areas (# 0939), left*

*Side entry to residential area (#0987), below*



Between the pool area and Buildings #2 and #3, there were sidewalks. However, neither was accessible. The sidewalk serving Building 2 ended in a curb and a parking space at one end and had cross slopes greater than the 2% permitted (4.5%). "Nowhere shall the cross slope of an accessible route exceed 1:50." (ANSI 4.3.7).



*Curb at Building #2 Sidewalk (#S0460), left*

*Cross slope at Building #2 Sidewalk (#S0467), below*



This sidewalk connected to a sidewalk at Building #3 which was not accessible. The walk had cross slopes greater than 2% (3.6%) and it dead ended into the side of a parking space which could be blocked by a car.



*End of walk at Building #3 (#S0389)*
*Cross slope at Building #3 Sidewalk (#S0390), below*



CHA Report - Appendix C - Section 1 - 4

The school bus serving the complex stopped daily on Compaq Drive.  Children were dropped at a grassy area and passed through a side gate to a carport/parking area and to a vehicular lane.  No accessible route was provided in any portion of this pathway.



*School bus stop (#0990), left*
*Gate at school bus stop ((#0991), below*



Within the residential portion of the complex, the driving lane was clearly marked with fire lane stripes which are generally immediately adjacent to a curb or to parking spaces.  Pedestrian accessible routes were not provided.





*Drive with carports (#0256)*          *Typical Drive Lane (#0791)*

CHA Report - Appendix C - Section 1 - 5

Pet Care:



No accessible routes were provided to dog owner trash and bag dispenser poles.

*Pet Post (#9672)*

Pool Area:

The pool enclosure was gated at several locations. The gates had a variety of latching mechanisms and typically had spring hinges that required more than 8.5 pounds of force to open.  ANSI 4.13.11 limits the maximum force for pushing or pulling open a door to 8.5 lfb at exterior locations.



The gate to the game room had a pull up latch with the operable parts mounted above the 48 inches permitted for forward reach  range (55-3/4 inches measured) (ANSI 4.2.5).  A forward reach would be required in order to approach the gate, operate the hardware and then pass through to the other side.

*Gate at Game Room (#0877)*

A gate leading to sidewalk at the back of Building #3 had a pull latch mounted at 55-1/2 inches (54 inches maximum permitted).  The gate also had a double cylinder dead bolt which was not locked.  If this lock is used, operating the lock would require a pinching and twisting motion and the gate would not be accessible (ANSI 4.13.9).




*Gate to Bldg. 3 (#0882), above*
*Gate Latch at Bldg. 3 Gate (#0880), right*

The gate at the fitness center had a push up latch which required that the user push up and pull forward simultaneously.  To operate the latch from the fitness room side, the user had to reach over the gate to pull up the latch on the pool side and then push the gate forward.  The top of the gate was at 51 inches above the concrete and 12 inch required approach area on the pull side was not provided (8 inches) (ANSI 4.13.6).  The force required to operate the gate was 9 pounds which is more than the 8.5 pounds permitted in exterior locations (ANSI 4.13.11).




*Gate at the Fitness Center (#0885)*                    *Height to reach over Gate (#0887)*



*Approach to Gate at Fitness Center (#0888)*



A gate to the parking lot was open and in use during my site visit. The gate had a double sided deadbolt. If this lock is used, the motion to operate the lock would require a pinching and twisting motion and the gate would not be accessible (ANSI 4.13.9). In addition, no approach space was provided on either side of the gate. Clear approach spaces are required on both sides of doors with closers and latches. (ANSI 4.13.6).

*Gate at parking area (#0889)*

The gate at the leasing office building had a knob latch set which required pinching and twisting to operate (not allowable per ANSI 4.13.9), required more than 8.5 pounds of force to operate (9 pounds) and did not have a level landing with slopes no more than 2% on the leasing office side of the gate (2.4%). (ANSI 4.13.11 and 4.3.7).



*Gate at leasing office (#0898)*



*Level at Landing at leasing office gate (#0894)*

Trash:

Trash for the complex was gathered at four dumpster facilities located in the parking areas of the complex.  No sidewalks or accessible routes connected to these facilities.  Access to the enclosures was from the parking area and vehicular drives. The dumpsters are located at the parking island between Buildings 7 and 8; by the mail building; at the parking island between Buildings 10 and 12; and between Buildings 13 and 15.



*Trash Enclosure by Building 8 (#S0139)*



*Trash Enclosure/Dumpster by Mail/Maintenance Building (#S0336)*



*Trash Enclosure/Dumpster
by Building 12 (#9727)*



*Trash Enclosure/Dumpster
by Building 15 (#0183)*



Residents are responsible for putting their own trash
into the dumpsters.

*Dumpster Rules (#0260)*

CHA Report - Appendix C - Section 1 - 10

<u>Game Room Building:</u>

The game room building did not have an accessible route provided to any of the residential buildings.

On the pool side, there were sidewalks to only two residential buildings, both of which were inaccessible due to cross slope conditions (see Bldg 2 and 3 sidewalks on page C-1-4).

At the front, the game room was typically locked.  In addition, the entry and landing did not connect to an accessible route. The sidewalk from the front door connected to a sidewalk with cross slopes more than 2% (up to 4.1%).  (ANSI 4..3.7).

 

*Game Room Building - from Front Drive (#0945)     Level at Sidewalk to Game Room (#0962)*

At the connection to the parking lot, the curb ramp section of the sidewalk lacked required detectable warnings and had a gap in the surface of more than ½ inch (1-1/4 inch). (ANSI 4.5.4).

 

*Gap at bottom of curb ramp (#0963)                  Curb ramp (#0964)*

Fitness Center:



The fitness center could be reached from the pool area (see above sections) or through a gate by a side parking area. Neither the pool area nor the parking lot gate were on an accessible route to any of the residential buildings.

*Fitness Center (#0526)*

Mail:

The mail building is located in the parking island between Buildings 3 and 4.





*Mail Center from Bldg 4, (S#0322)*          *Mail Center from Bldg 3 (#S0475)*

There were no accessible routes connecting to this island or serving this building.   On the Building 3 side, there was one accessible parking space designated.  The sidewalk between this parking space and the mail building was not accessible.  The cross slopes at the landing at the end of the access aisle and the sidewalk connecting the mail building with the rest of the complex were greater than 2% (up to 5.1%) (ANSI 4.3.7).  The running slope at the sidewalk to the landing had running slopes greater than 8.33% (10.8%) (ANSI 4.8.2).

 



*Running slope at sidewalk (#0863), above left*

*Level at landing cross slope (#0866), above right*

*Access aisle – sidewalk connections (#S0341), left*

**Routes to Residential Building Entries:**

The residential buildings were grouped in a cluster behind the leasing office and pool area (see site plan at the beginning of this appendix).   The building breezeways opened on one side only and did not have openings towards the back or lawn side.  Each building had two openings to the parking lot.  All units were reached off these breezeways.  In each breezeway, there was a stair serving upstairs units.

Note:  for the purposes of this report, the breezeways are called out as "left" and "right" according to their placement from the vantage point of a person standing in the vehicular drive and facing the building.

None of the breezeways were on an accessible route.

Building 2:

The right breezeway had a sidewalk that extended straight out to the drive lane and a curb.  At one side, the sidewalk ended at the side of a  parking space behind the garages.  There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.  The cross slope on the sidewalk crossing in front of the stair and ending at the parking space was 4.2% which is greater than the 2% maximum allowed (ANSI 4.3.7).




*Bldg 2, Right Breezeway (#S0426)*
*Level at sidewalk cross slope (#S0432)*

The left breezeway had a sidewalk that extended straight out to the drive lane and a curb.  At one side, the sidewalk ended at the side of a parking space behind the garages.  There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.  The cross slope on the sidewalk crossing in front of the stair and ending at the parking space was 3% which is greater than the 2% maximum allowed ( ANSI 4.3.7).





*Bldg 2, Left Breezeway Entry (#S0442)*
*Level at sidewalk cross slope (#S0447)*

Building 3:



The right breezeway had a sidewalk that extended straight out to the drive lane and a curb.  At one side, the sidewalk ended at the side of a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 3, Right Breezeway (#S0377)*

CHA Report - Appendix C - Section 1 - 15



The left breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the sidewalk led to the side of a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 3, Left Breezeway Entry (#S0409)*

Building 4:



The right breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the sidewalk led to a  parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 4, Right Breezeway (#S0306)*



The left breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the sidewalk led a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 4, Left Breezeway Entry (#S0288)*

Building 5:



The right breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the sidewalk led to a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 5, Right Breezeway (#S0247)*



The left breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the sidewalk led to a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 5, Left Breezeway Entry (#S0268)*

Building 6:



The right breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the sidewalk ended at a parking behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 6, Right Breezeway (#0801)*



The left breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the sidewalk ended at a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 6, Left Breezeway Entry (#S0195)*

Building 7:



The right breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the sidewalk ended at a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 7, Right Breezeway (#S0175)*



The left breezeway had a sidewalk that extended straight out to the drive lane and a curb.  At one side, the sidewalk ended at a parking space behind the garages.  There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 7, Left Breezeway Entry (#S0166)*

Building 8:



The right breezeway had a sidewalk that extended straight out to the drive lane and opened on the right to a parking space behind the garages.  There was no curb ramp or detectable warning at the blended transition to the parking space or to the vehicular lane.

*Bldg 8, Right Breezeway (#S0130)*



The left breezeway had a sidewalk that extended straight out to the drive lane and curved around along the side of a parking space behind the garages. There was no detectable warning at the blended transition to the parking space or to the vehicular lane.

*Bldg 8, Left Breezeway Entry (#S0161)*

## Building 9:



The right breezeway had a sidewalk that extended straight out to the drive lane and opened on the right to parking behind the garages. There was no curb ramp or detectable warning at the blended transition to the parking space or to the vehicular lane. The running slope at the sidewalk was 8.7% which was more than the 8.33% maximum running slope allowable for ramps (ANSI 4..3.7).

*Bldg 9, Right Breezeway (#S0094)*
*Level at sidewalk running slope (#S0104)*





The left breezeway had a sidewalk that extended straight out to the drive lane and a curb.  At one side, the breezeway ended at a parking space behind the garages.  There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 9, Left Breezeway Entry (#S0115)*



Building 10:

The right breezeway had a short sidewalk open to parking behind the garages.  There was no curb ramp or detectable warning at the blended transition to the parking space.  There was no sidewalk beyond the side of the parking space.

*Bldg 10, Right Breezeway (#S0008)*

 

*Bldg 10, Left Breezeway Entry (#S0006), left Level at Curb Ramp (#S0024) , above*

The left breezeway had a sidewalk that extended straight out to the drive lane. At one side, the breezeway opened to parking behind the garages. At the other side, the walk sloped down to the level of the accessible parking space. There was no detectable warning at the vehicular lane. The cross slope at the curb ramp/blended transition was more than 2% (2.4%) (ANSI 4.3.7).



Building 11:

The right breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the walk ended at a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 11, Right Breezeway Entry (#S0069)*



The left breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the walk opened to a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 11, Left Breezeway Entry (#S0079)*

## Building 12:



The right breezeway had a short sidewalk that connected with a blended transition to an open parking space behind the garages on the left side and to a curb at another parking space on the right side. There was no detectable warning at the blended transition to the left parking space and no curb ramp to the parking on the right.

*Bldg 12, Right Breezeway Entry (#S0034)*



The left breezeway had a short sidewalk that connected with a blended transition to a parking space behind the garages on one side, and to a curb at another parking space on the other side. There was no detectable warning at the blended transition to the right parking space and no curb ramp to the parking on the left.

*Bldg 12, Left Breezeway Entry (#S0047)*

Building 13:



The right breezeway had a short sidewalk that ended at a blended transition to a parking space behind the garages. There was no detectable warning at the blended transition to the parking space.

*Bldg 13, Right Breezeway Entry (#0349)*

The left breezeway ended in a blended transition to concrete paving at a parking space and the vehicular lane.



*Bldg 13, Left Breezeway Entry (#0337)*

Building 14:



The right breezeway had a sidewalk that extended straight out to the drive lane and a curb. At one side, the walk ended at a parking space behind the garages. There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane.

*Bldg 14, Right Breezeway (#0300)*

The left breezeway had a sidewalk that extended straight out to the drive lane and a curb.  At one side, the walk led  to open a parking space behind the garages, at the other a short walk led to a curb and another parking space.  There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane or the right parking space.



*Bldg 14, Left Breezeway Entry (#0270)*

**Building 15:**



The right breezeway had a sidewalk that extended straight out to the drive lane and a curb.  At one side, the walk led  to a parking space behind the garages, at the other a short walk led to a curb and another parking space.  There was no detectable warning at the blended transition to the parking space nor was there a curb ramp or detectable warning at the curb at the vehicular lane or the right parking space.

*Bldg 15 Right Breezeway Entry (#0186)*

CHA Report - Appendix C - Section 1 - 27

The left breezeway had a sidewalk extended straight out to the drive lane.  At the left side, the walk was adjacent to the access aisle of an accessible parking space.   There was no detectable warning at the curb ramp to the parking space and vehicular lane.   The cross slope at the base of the curb ramp was 3.6%, more than the 2% permitted (ANSI 4.3.7).



*Bldg 15, Left Breezeway (#0189)*

*Level at base of curb ramp (#0217)*



**Parking and Routes from Parking to Building Entrances:**

There were five basic types of parking provided on the Jefferson Pines site.  These types included open air parking at the leasing office, open air parking within the residential complex, carport parking, garage parking with open air space behind, garage parking without additional open spaces, and garages that are accessed from within units.  All of the garage parking is inside the buildings, but not all are attached to specific units.

The number of each type was:

|  |  |
|---|---|
| Leasing Office | 11 standard spaces (all surface parking) |
|  | 1 designated van accessible space |
| Game Room | 2 standard spaces (all surface parking) |
|  | 1 designated accessible space |
| Surface Pkg for Residents | 160 standard spaces |
|  | 72 spaces in front of garages (assigned w/garages) |
|  | 4 designated accessible spaces |
|  | 1 designated accessible space at the mail building |
| Carport Parking | 217 standard spaces |
|  | 0 designated accessible spaces |
| Garages | 84 standard size |
|  | 57 garages attached to units |
|  | 27 garages available to residents for additional rent (not connected to a unit) |
|  | 0  accessible garages |
| Total Residential Spaces | 537 standard resident's parking |
|  | 4 designated as accessible – for residents |
|  | (Mail room space not counted for assignment to a resident) |

Note:  spaces are counted as accessible only where the space has both an accessible aisle and signage designating the space as designated for use by a person with a disability.  Spaces that do not have an access aisle, but that have signage (6) may be set aside for residents on request, but are not suitable for use by a person using a wheelchair and cannot be counted as an accessible space.  Likewise, spaces that have aisles but that were not designated as accessible (4 carports) and were used by residents that do not have a state "handicapped" hang tag or license plates are not counted as accessible.

CHA Report - Appendix C - Section 1 - 29

Public and Common Use spaces:

> 1 space provided at Leasing Office
> 1 space provided at Game Room
> 1 space provided at Mail Center

Accessible parking on a route that is accessible to wheelchairs is required for at least 2% of the covered dwelling units. This parking is required to be available in a full range of choices that are provided for other residents of the project. (FHAG Requirement 2, ANSI Table of Components). In addition, a sufficient number of accessible visitor parking spaces is required.

At this site, a minimum of two spaces are required to be accessible to people using wheelchairs and four are provided.  However, none of these spaces were on an accessible route and the spaces did not represent the full range of choices available to residents.  There were three types of parking available.  One of each type should be accessible.  No carport or garage parking was accessible.

"Thus, if a project provides different types of parking such as surface parking, garage , or covered spaces, some of each must be made accessible.  While the total parking spaces required to be accessible is only two percent, at least one space for each type of parking should be made accessible even if this number exceeds two percent."  (Supplement to Notice, Requirement 2, #14 (a) and (b)).

<u>Leasing Office and Game Room:</u>

One space was provided adjacent to the entry of the leasing office. It was designated as van accessible and striped accordingly.



*Parking at Leasing Office (#0941)*



*Level at Leasing Office Space (#0936)*

A portion of the access aisle did not comply with the maximum 2% cross slope requirement (2.3%). "Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions." (ADA Std. 4.6.3, ANSI 4.3.7). The curb ramp and sidewalk to the leasing office from this space was not accessible (see Page 1-1).

An additional space was located by the game room.





*Parking at Game Room (#0950)*                    *Level at Game Room Space (#0968)*

A portion of the access aisle did not comply with the maximum 2% slope requirement (2.1%). "Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions." (ADA Std. 4.6.3, ANSI 4.3.7). The curb ramp and sidewalk to the leasing office from this space was not accessible (see Page 1-1).

Mail Building:

No route was provided from parking to the building (see description, page C-1-13).  The sign for the space was not mounted high enough to be visible beyond  a vehicle parked in the space (ANSI 4.6.2).



*Parking at Mail Building (#S0339)*

Resident's Parking:

Space by Building 10:

The sign for the space was not mounted high enough to be visible beyond  a vehicle parked in the space (ANSI 4.6.2).  No accessible route is provided to the building.  To reach the curb ramp, the person using the aisle must pass into the vehicular way and cross behind their vehicle to the bottom of the ramp.  The ramp itself was not accessible (see Building 10 Entry).

*Parking at Building 10 (#S0017)*
*Sign at Parking Space (#S0029)*

 

Accessible Space by Building 14:

There was one accessible space by this building.  The sign for the space was not mounted high enough to be visible above and beyond a vehicle parked in the space (ANSI 4.6.2).  No accessible route was provided from the parking space to any building entry.



*Accessible space by Bldg 14 (#0330)*
*Sign at Bldg 14 Space (#0331)*



Accessible Space by Building 15:

There was one accessible space by this building.  The sign for the space was not mounted high enough to be visible over a vehicle parked in the space (ANSI 4.6.2).  No accessible route was provided from the parking space to any building entry.





*Accessible space at Bldg 15 (#0189)*
*Sign at Bldg 15 Space (#0221)*