**Section 2     Public and Common Use Areas**

The public and common use areas of Jefferson Pines Apartments are required to be readily accessible to and usable by persons with disabilities.  The public and common use areas of this complex include the following:

·        Leasing Office & Business Center
·        Parking (see Section A)
·        Game Room
·        Fitness Center & Pool
·        Trash & Pet Care
·        Mail Center

**Leasing Office & Business Center:**

The leasing office portion of this building is a public area and is required to comply with the standards detailed in the Americans with Disabilities Act, Title III, 28 CFR Part 36, which includes the Americans with Disabilities Act Architectural Guidelines (ADA Std).  The areas included in the leasing functions of this building include parking serving the facility (see parking section), entry, office area(s), the model unit (see Section 3) , and the restrooms serving the public and lobby space.

The business center is a public and common use area that is required to be "readily accessible to and usable by handicapped persons" (100.205 (c)(1)).  The Guideline includes a chart titled "Basic Components for Accessible and Usable Public and Common Use Areas or Facilities" under Requirement 2.  For each component or element, the appropriate ANSI Standard is cited (p 9504 24 CFR Vol. 56, No. 44). The components of this building that must comply with these requirements include the business center, rent drop, and restroom.  The restroom serving the business center was the same as the one serving the leasing office and has been reviewed in the following section by ADA Standards.

Leasing Office Doors:

Front Door:

The interior hardware at the leasing office front door was knob style hardware. Knobs are not accessible hardware.  "Handles, pulls, latches, locks, and other operating devices on accessible doors shall have a shape that is easy to grasp with one hand and does not require tight grasping, tight pinching, or twisting of the wrist to operate." (ANSI 4.13.9, ADA Std.4.13.9)



*Interior door knob at leasing office (#9979)*

The front door threshold was more than 1-1/8 inches high at the exterior side and 1 inch high at the interior.  This is more than the ½ inch high threshold maximum height (ANSI 4.13.8).




*Threshold Measurement - Exterior(#9975),left*

*Threshold Measurement – Interior (#9976), right*

Door to Pool Area:

*Leasing Office Door to Pool Area (#9983)*



The interior hardware at the leasing office pool door was knob style hardware. Knobs are not accessible hardware.  "Handles, pulls, latches, locks, and other operating devices on accessible doors shall have a shape that is easy to grasp with one hand and does not require tight grasping, tight pinching, or twisting of the wrist to operate." (ANSI 4.13.9, ADA Std. 4.13.9).

*Interior door knob at leasing office (#9980)*

The door threshold was more than 1-1/8 inches high at the exterior side and 1 inch high at the interior.  This is more than the ½ inch high threshold maximum height (ANSI 4.13.8).

 

*Threshold Measurement - Exterior(#9981), left*

*Threshold Measurement – Interior (#9982), right*

Leasing Area and Lobby:

Persons arriving to meet with leasing office representatives enter through the front door and are immediately in a large reception area with two desks used by staff and some general seating spaces. The area is open.

Rent Drop:

The night drop for rent was located at one end of the leasing office front entry area. This area was blocked with planters and no accessible route to the rent drop was provided.

 

*Route to rent drop (#0913)*

*Night drop (#0910)*

CHA Report - Appendix C - Section 2 - 3

Office & Business Center Restroom:

The leasing office and business center restroom is down a hall from the main reception area and the offices. Elements throughout this accessible route are required to comply with relevant portions of the ADA Standards.



Protrusions and Obstacles:

The alarm box mounted in the hallway protruded more than 4 inches from the wall. "Objects projecting from walls (for example, telephones) with their leading edges between 27 in and 80 in above the finished floor shall protrude no more than 4 in into walks, aisles, corridors, passageways, or aisles." (ADA Std. 4.4.1)

*Corridor to Restroom (#9910), left*
*Thermostat (#9911), below*



The thermostat in the hallway was mounted with the topmost control at 61 inches above the floor which is above the maximum 48 inches allowed in the (FHAG, Requirement 5, p9507).



Restroom Signage & Door:

The sign at the restroom is not accessible. "Signs which designate permanent rooms and spaces shall comply with 4.30.1, 4.30.2, 4.30.3 and 4.30.5." (ADA Std. 4.1.3 (16)(a)). The mounting position did not comply with requirements and there was no Braille on the sign. ADA requires the sign to be placed on the wall adjacent to the door on the latch side.

*Restroom Door/Sign  (#9913)*

The restroom door has knob hardware, required more than 5 pounds of force to operate (7 lbs.), and closed in a second and a half which is less than the 3 second minimum time required from an open position of 70 degrees (ADA Stds. 4.13.9, 4.13.10, and 4.13.11).

Restroom Interior:

The restroom space was a single user space with a single toilet and lavatory. The lavatory was mounted in a counter with open space below.



*Restroom – View from Hall (#9914)*

The rim of the lavatory was mounted more than 34 inches (34-1/4 inches) from the floor surface This does not comply with ADA requirements. "Lavatories shall be mounted with the rim or counter surface no higher than 34 in above the finish floor." (ADA Std.4.19.2).

The Flush lever at the toilet was not on the open side of the toilet. "Controls for flush valves shall be mounted for use from the wide side of the toilet" (ANSI 4.16.5 and ADA Std. 4.16.5)

The hand dryer was mounted with the control push button at 55-1/2 inches above the floor which is above allowable reach range of 54 inches. (ADA Std. 4.2.5, 4.2.6).

*Toilet (#9921)*                                     *Hand dryer at side of lavatory (#9917)*




Business Center:

The resident's business center was located off the reception and open office area of the leasing office.  It provides computer access, a printer and a meeting space for residents.  The room was full of furniture and was not accessible.  The corridor space between the desk and the opposite wall was 42-1/2 inches wide, but was blocked with chairs.  The passage into the work area was 19 inches wide (desk edge to desk edge) and was not wide enough for a person using a wheelchair to pass through to reach the computer or the printer.  The furnishings were not moveable but were built-in and a resident would not be able to rearrange them for access.

**Game Room Building:**

The game room is a public and common use area that is required to be "readily accessible to and usable by handicapped persons" (100.205 (c)(1)).  The Guideline includes a chart titled "Basic Components for Accessible and Usable Public and Common Use Areas or Facilities" under Requirement 2.  For each component or element, the appropriate ANSI Standard is cited (p 9504 24 CFR Vol. 56, No. 44). The components of this building that must comply with these requirements include the game room, game room recreational facilities (e.g. TV area), resident kitchen, and restroom.



*Game Room Exterior & Entry (#9983)*





*Game Room Interior (#9991)*

CHA Report - Appendix C - Section 2 - 6



The emergency call unit located near the game room entry door was not within reach range. The operable button was located at 55-1/2 inches above the floor surface which is more than the 54 inches maximum allowed in ANSI (4.2.5, 4.2.6).

*Emergency Call (#00053)*

The thresholds at the game room entries were more than ½ inch maximum allowed at both locations (ANSI 4.13.8). At the pool side the exterior was 1-1/8 inches, the interior was 1 inch. At the front door, the exterior was 1-1/4 inches, the interior was 1 inch.




*Pool door, interior threshold (#00008)*

*Pool door, exterior threshold (#00010)*




*Front door, exterior threshold (#00063)*
*Front door, interior threshold (#00064)*

CHA Report - Appendix C - Section 2 - 7

The thermostat for this space was mounted at 60 inches above the floor which is above the 48 inch height allowed in the Guidelines (FHAG, Requirement 5, p9507).




*Thermostat (#00014)*         *Security panel and switch (#00012)*

The security control panel was mounted with topmost keys more than 48 inches above the floor (49-1/2 inches).  Switches were also mounted more than 48 inches from the floor (49-1/2 inches). (FHAG, Requirement 5, p9507)

Resident Kitchen:  kitchen is for resident use and is a public and common use area.  The fixtures and fittings in this space must be usable.  In particular the sink is required to comply with ANSI 4.19.  The balance of the elements must have required space for clear approach and use and controls within reach range. (ANSI Table 2, Basic Components for Accessible Sites, Item 26)



*Game Room  kitchen (#9995 - left, #0030 - below)*



CHA Report - Appendix C - Section 2 - 8

The following components are not in compliance with these requirements:



- The sink counter was 35 inches above the floor (34 inches required). (ANSI 4.19.2.2)
- The sink did not have clear floor space of 30 inches by 48 inches in front of the bowl extending a minimum of 19 inches underneath the sink.  No knee space was provided because the garbage disposal blocked knee space at the resident's kitchen sink (ANSI 4.19.2.1 and Fig. 31).

*Kitchen sink/disposal (#9999)*

- The dishwasher did not have usable approach space. (100.205 (c)(1), FHAG #7, (1)(a))
- The refrigerator did not have required clear floor approach space. (100.205 (c)(1)), FHAG #7, (1)(a)).  The wall adjacent to the refrigerator obstructed the door opening so that it would not swing clear of the space required to approach the equipment in a parallel approach.  The cabinets across from the refrigerator were less than 48 inches away (42 inches) and obstruct a front approach to the refrigerator.

 

*Dishwasher (#00020)*      *Refrigerator (#00019)*

- The distance from the counter and cabinets at the open end of the kitchen and the wall opposite was 39-1/2 inches.  A minimum of 40 inches is required (FHAG, Requirement 7, (1)(b), p9511).



*Clear space at kitchen entry area (#00035)*

Restroom:

The restroom space was a single user room with a toilet and a lavatory in a counter with open space below.

The rim of the lavatory was mounted more than 34 inches (35 inches) from the floor surface and the pipes were not insulated.  This does not comply with ANSI requirements.  "Lavatories shall be mounted with the rim or counter surface no higher than 34 in above the finish floor." (ANSI 4.19.4).

The outlet in the restroom was mounted with the top outlet at 45-1/4 inches above the floor.  It was located over the lavatory counter which is an obstruction to the reach range (ANSI 4.2.5 and Fig. 5b).




*Top of lavatory (#00020)*           *Outlet at counter (#00021)*



The centerline of the toilet was more than 18 inches from the side wall (20 inches) (ANSI 4.16.2, Fig. 28)

*Toilet centerline (#00022)*

The bottom of the mirror reflective surface was at 42 inches above the floor. The maximum allowable for the bottom of the mirror is 40 inches (ANSI 4.19.6).



The floor of the restroom sloped to the drain more than the 2% permitted. The drain location and the 8.3% slope were located near the toilet and resulted in the clear approach to the toilet not being a level space (ANSI 4.3.7).

*Level and floor drain (#00032)*

The Fitness Center Building:

The clubhouse is a public and common use area that is required to be "readily accessible to and usable by handicapped persons (100.205 (c)(1)). The Guideline includes a chart titled "Basic Components for Accessible and Usable Public and Common Use Areas or Facilities" under Requirement 2. For each component or element, the appropriate ANSI Standard is cited (p 9504 24 CFR Vol. 56, No. 44). The components of this building that must comply with these requirements include the fitness room, drinking fountain and restrooms.

Exercise Room:

The exercise room had fitness equipment and vending machine. It had an entry from the pool area.



The exterior door required use of a button lock pad.

*Fitness Room Entry (#00161)*

*Fitness Room (#00070)*



The equipment was located in the room in such a way that access to all types of equipment was not possible for person using a wheelchair.

Access to the drinking fountain and to the women's restroom was blocked by the equipment. The passage to the drinking fountain was 22 inches wide on one side and 24 inches on the other. The equipment also blocked the clear floor space at the fixture. The equipment was not easily movable by a single person. (ANSI 4.15.5).



*Drinking Fountain location (#00076)*
*Drinking Fountain floor space (#00113)*



The stream of water was not nearly parallel to the

front of the unit. (ANSI 4.15.2 "shall direct the water flow in a trajectory that is parallel or nearly parallel to the front of the unit.") The paper towel dispenser and the hand sanitizer dispenser at the drinking fountain area were both above 48 inches above the floor forward reach (ANSI 4.2.5). The paper towels were at 61 inches and the Purell was at 51 inches.



*Drinking fountain – water trajectory (#0106), left*

*Paper towel holder (#0104), bottom left*

*Purell (#0105), below*





Lighting controls for this room were 50 inches above the floor and above the 48 inch reach range permitted (FHAG, Requirement 5).  The thermostat was also above the 48 inch reach range (62-1/2 inches).

*Fitness Room Thermostat (#0119)*

<u>Women's Restroom</u>:

The restroom space had two toilet stalls and a lavatory in a counter with open space below.





*Women's Room Lavatory (#00087), above*

*Women's room mirror height (#0126), right*

The reflecting surface was 8 inches above the lavatory counter, which was at 34 inches above the floor, total 42 inches.  The reflecting surface must be set at no more than 40 inches above the floor (ANSI 4.19.6).



*Women's Room Toilet (#00090)*

The flush lever was not located on the open side of the toilet.  (ANSI 4.16.5)

The hooks in the toilet stall were at 67-1/2 and 69 inches above the floor which is above reach range (ANSI 4.2.5, 4.2.6).




*Hook in toilet stall (#0143)*  *Paper towel dispenser (#00128)*

The paper towel dispenser was mounted above the reach range of 54 inches (57-3/4 inches) to the paper towels (ANSI 4.2.5, 4.2.6).

The hand dryer protruded from the wall more than 4 inches (6 inches). Wall mounted objects with their leading edges between 27 and 80 in above the floor shall not protrude more than 4 inches (ANSI 4.4.1)

*Hand dryer (#0131)*



The light switch at this room was mounted at 51 inches above the floor. This is above the 48 maximum reach range permitted by the Guidelines (FHAG, Requirement 5, p9507)

*Light switch (#0134)*



Men's Restroom:

The restroom space had a single toilet stall, a urinal and a lavatory. The lavatory was mounted in a counter with open space below.

The urinal rim was more than 17 inches above the floor (19 inches) (ANSI 4.18.2).

*Men's Room urinal(#0154)*



The centerline of the toilet was more than 18 inches from the side wall (18-1/2 inches). (ADA Std., Fig. 28)

The seat of the toilet was greater than 19 inches above the floor (19-1/4 inches). "The height of water closets shall be 17 in to 19 in measured to the top of the toilet seat…" (ADA Std. 4.16.3).



The hooks in the toilet stall were mounted at 67-1/2 and 69 inches which is above the 54 inch reach range permitted (ANSI 4.2.5, 4.2.6).

*Hook in toilet stall (#0157)*

**Other Public and Common Use Areas:**

The basic required components for accessible sites, facilities and buildings are listed in the Guideline chart titled "Basic Components for Accessible and Usable Public and Common Use Areas or Facilities" under Requirement 2.  For each component or element, the appropriate ANSI Standard is cited (p 9504 24 CFR Vol. 56, No. 44).

Trash:

Trash for the complex was gathered at four dumpster facilities located in the parking areas of the complex.  No sidewalks served these facilities.  Access to the enclosures was from the parking area. The dumpsters were located at the parking island between Buildings 7 and 8; near the mail building; at the parking island between Buildings 10 and 12; and between Buildings 13 and 15.

Residents are responsible for putting their own trash into the dumpsters.  The doors to the enclosure were simple pull units and were left open much of the time.  There was no accessible route to the dumpsters (see Section 1).



Mail:

The mail center was located in an independent building.  The mail boxes are outside and were mounted on three walls under the roofed area.

*Mail boxes, view of one wall (#S0347)*

CHA Report - Appendix C - Section 2 - 17

The mailboxes were numbered according the units. The locks of the top two rows of boxes were above reach range permitted of 54 inches (61-1/2 to 64 inches and 56-1/4 to 58-1/4 inches). The mail boxes that were not within reach range included boxes serving ground floor units covered by the Fair Housing Act.





*Mail box height to top row (#0829)*

*Mail boxes with tape measure (#0831)*

The outgoing mail slot was at 63 inches above the ground surface. This is above the 54 inch side reach required by ANSI 4.2.6.

*Outgoing Mail Slot (#0835)*



**Unassigned Garages:**

Pedestrian entries to garages that were not attached to specific units were located in the breezeways of Buildings 2, 3, 4, 5, 6, 8, 9, 11 and 14 (9 buildings).  At each building, there were 3 garages available for rent.  All of these doors had knob style hardware and required pinching and twisting to operate the lock latch mechanism.  (ANSI 4.13.9).



*Garage Door at Building 6(#0505), left*
*Breezeway at Building 14 with Garage Doors (#0272), below*
*Breezeway at Building 4 with Garage Doors (#0367), below left*

