**Section 3        Residential Units**

The Jefferson Pines Apartments complex has fourteen residential buildings, with a total of 308 units.  Of these, 84 units are on the ground floor and are covered units under the Fair Housing Act.

Between March 9 and March 12, 2010, I visited several units of each type in the complex.  The regional manager, Kevin Perkins and the on site manager represented to me that the units were typical for the entire complex and that no other unit types or variations existed.

The primary entry to each unit was located on a building breezeway.


**UNITS**

There were five different Unit Types at Jefferson Pines Apartments, in two Building Types. The two building types each had 6 ground floor units per building.  There were nine buildings with (1) Pinefield, (2) Pineview, (2) Pinebridge, and (1) Pinemeadow on the ground level.  There were six buildings with (2) Pinefield, (2) Pinebridge, (1) Pinegrove, and (1) Pinemeadow on the ground level.

28      Pinebridge (2 bedroom, 2 bath), some with attached garage.

19      Pinefield (1 bedroom, 1 bath), some with attached garages.

 5      Pinegrove (1 bedroom, 1 bath with den), no attached garages at units viewed.

14      Pinemeadow (3 bedroom, 2 bath), with attached garages.

18      Pineview – (1 bedroom, 1 bath), no attached garages at units viewed.


**Pinebridge**
**2 Bedroom, 2 Bath** (Visited Unit #s 414, 616, 1314 and 1516).
Units 1314 and 1516 had an attached garages, the other two units did not.

Required elements for the covered units include:

1.      An accessible route into and through the covered dwelling unit (24 CFR 100.205 (c)(i)).

        The storage room doors opened to the patio space.  The exterior threshold heights at all units measured 1-1/2 inches to 3 inches.  The storage closets were 35 inches deep and access to this space requires an accessible threshold and door.  At usable doors, the threshold cannot exceed 3/4 within the dwelling unit.  The storage closets were not accessible. (FHAG, Requirement 3 (2))





*Unit 1516 – Typical Storage Closet Depth (#9794), far left*

*Unit 1516 – Typical Storage Closet (#9795)*

| Unit 414 | Unit 616 | Unit 1314 | Unit 1516 |
|---|---|---|---|
| Ext Threshold 2-1/2 in. *(#373)* | Ext. Threshold 3 in. *(#522)* | Ext. Threshold 2-1/4 in. *(#770)* | Ext. Threshold 2-3/4 in. *(#9792)* |
| | | | |
| Int. Threshold ¾ in. *(#374)* | Int. Threshold ¾ in. *(#521)* | Int. Threshold 1-1/2 in. *(#768)* | Int. Threshold 1 in. *(#9793)* |
| | | | |

Unit 1314 had an attached garage that was accessed through a door on the far side of the laundry room.  The clear passage to the garage space was obstructed by the wheel stop. On one side, the passage narrowed to 26-1/2 inches, on the other the passage narrowed to 22-1/2 inches.  Clear passage requires a minimum width of 36 inches (FHAG Req. 4, (1)).





*Unit 1314 – Wheel stop to Wall clearance (#756 and #757)*

CHA Report - Appendix B - Section 3 - 2

2.    Light switches, electrical outlets, thermostats and other environmental controls are required to be in accessible locations. (24 CFR 100.205 (c)(ii)).  To be accessible, these elements must be mounted within the reach range of a person using a wheelchair.  In Requirement 5, the Guidelines specifically state:  "Light switches, electrical outlets, thermostats and other environmental controls would meet 100.205(c)(3)(ii) if operable parts of the controls are located no higher than 48 inches, and no lower than 15 inches, above the floor.  If the reach is over an obstruction (for example, an overhanging shelf) between 20 and 25 inches in depth, the maximum height is reduced to 44 inches for forward approach; or 46 inches for side approach, provided the obstruction (for example, a kitchen base cabinet) is no more than 24 inches in depth."  (FHAG, Requirement 5, p9507).

In the three Pinebridge units, the following items were noted that were not within reach range:

- Outlets on the stove wall of the kitchen were mounted at 46-1/2 to 46-3/4 inches above the floor which exceeds the 44 or 46 inch maximum permitted in the FHAG (see above).



*Unit 1516 – Kitchen outlet (#9852)*

- At Unit 414, the security control pad was mounted with the top key at 49-1/2 inches above the floor, which is more than th 48 inches allowed.



*Unit 414 - Security keypad height (#411)*

- At Units 414 and 1314, the thermostats were mounted with the controls at 49 inches above the floor, above the 48 inches maximum allowed.

 

*Unit 414 -Thermostat height (#410)*     *Unit 1314 – Thermostat height (#751)*

- At Unit 1516, the exterior outlet was mounted at 12-3/4 inches above the patio surface, below the 15 inches minimum allowed.

*Unit 1516 – Exterior Outlet (#9796)*



3.      Reinforcements in bathroom walls to allow later installation of grab bars around the toilet, tub, shower stall and shower seat are required where these facilities are provided. (100.205(c)(3)(iii)).  Without destructive testing, it was not possible to confirm whether or not reinforcements were provided.  Grab bars were installed in the bath area of Unit 1415.

4.      Usable kitchens and bathrooms such that an individual in a wheelchair can maneuver about the space are required in covered dwelling units. (100.205(c)(3)(iv)).

The kitchens in the Pinebridge Unit Type were galley type layouts with the sink, dishwasher, stove and refrigerator all on the back wall.   An island faced the living and dining area.  The Guidelines state that "Usable kitchens would meet section (100.205(c)(3)(iv)) if: ( a) A clear floor space at least 30 inches by 48 inches that allows a parallel approach by a person in a wheelchair is provided at the range or cook top and

sink, and either a parallel or forward approach is provided at oven, dishwasher, refrigerator/freezer or trash compactor." (Guidelines, Requirement 7, (1) (a), p 9511).

The refrigerators in all the units did not have required 30 x 48 inch clear floor space for approach and use.  The wall adjacent to the appliance blocks both forward and parallel approach.

  

*Unit 414 –(#394)*          *Unit 616 –(#514)*          *Unit 1314 –(#759)*

*Refrigerators with side walls beyond.*

The dishwashers were installed between the sinks and the side cabinet.  The distance between the edge of the dishwasher and the side cabinet were 1-3/4 inches to 2-1/2 inches.  A forward approach to the dishwasher requires a 30 inch wide space centered on the appliance.  A cabinet or wall within 6 inches of the side of the appliance obstructed that approach.

*Unit 1516 – Dishwasher (#9851)*



CHA Report - Appendix B - Section 3 - 5

**Pinefield – 1 Bedroom, 1 Bath**
**Visited Unit #s 412, 1211 and the Model unit.  Unit 412 had an attached garage.**

Required elements for the covered units include:

1.      An accessible route into and through the covered dwelling unit (24 CFR 100.205 (c)(i)).

- The storage room doors opened to the patio space.  The exterior threshold heights measured 2 inches to 2-1/2 inches.  The storage closets were 31 inches deep and access to this space requires an accessible threshold and door.  At usable doors, the threshold cannot exceed ¾ inches within the dwelling unit.  The storage closets were not accessible. (FHAG, Requirement 3 (2))



| Unit 412 | Unit 1211 | Unit - Model |
|---|---|---|
| Ext Threshold 2 in. *(#432)* | Ext. Threshold 2-1/4 in. *(#9734)* | Ext. Threshold 2-1/2 in. *(#9944)* |
| | | |
| Int. Threshold ¾ in. *(#433)* | Int. Threshold ¾ in. *(#9735)* | Int. Threshold 1 in. *(#9945)* |
| | | |

2.      Light switches, electrical outlets, thermostats and other environmental controls are required to be in accessible locations. (24 CFR 100.205 (c)(ii)).  To be accessible, these elements must be mounted within the reach range of a person using a wheelchair.  In Requirement 5, the Guidelines specifically state:  "Light switches, electrical outlets,

thermostats and other environmental controls would meet 100.205(c)(3)(ii) if operable parts of the controls are located no higher than 48 inches, and no lower than 15 inches, above the floor.  If the reach is over an obstruction (for example, an overhanging shelf) between 20 and 25 inches in depth, the maximum height is reduced to 44 inches for forward approach; or 46 inches for side approach, provided the obstruction (for example, a kitchen base cabinet) is no more than 24 inches in depth."  (Guidelines, Requirement 5, p9507).

In the three Pinefield units, the following items were noted that were not within reach range:

- In Unit 1211, the thermostat was mounted with the controls at 48-1/2 inches above the floor. In the model unit the thermostat was 57-1/2 inches above the floor, both above the 48 inch maximum allowed.
- In the Model unit, switches in some locations were mounted 49-1/2 inches above the floor.



*Thermostat - Unit 1211(#9760)*



*Thermostat - Model Unit (#9965)*



*Switch - Model Unit (#9970)*



CHA Report - Appendix B - Section 3 - 7

3.    Reinforcements in bathroom walls to allow later installation of grab bars around the toilet, tub, shower stall and shower seat are required where these facilities are provided. (100.205(c)(3)(iii)).  Without destructive testing, it was not possible to confirm whether or not reinforcements were provided.

4.    Usable kitchens and bathrooms such that an individual in a wheelchair can maneuver about the space are required in covered dwelling units. (100.205(c)(3)(iv)).



The kitchen was an L-shaped layout with the sink and refrigerator on the back wall and the stove on the side wall.  An island separated the kitchen from the living area.

*Kitchen - view from living area - Unit 412(#463)*

The distance between the face of the sink and the opposing island cabinet was less 40 inches (39 at the model, 39-1/2 inches at 412).  In addition, in Unit 412, the distance between the stove and the island cabinet was also less than 40 inches (38 inches).  The Guidelines state that "Usable kitchens would meet section (100.205(c)(3)(iv)) if: ( b) Clearance between counters and all opposing base cabinets, countertops, appliances or walls is at least 40 inches." (Guidelines, Requirement 7, (1) (b), p 9511).



*Sink to opposite cabinet - Unit 412 (#44),*



*Stove to opposite cabinet - Unit 412 (#442)*



*Sink to opposite cabinet - Model Unit (#9954)*



In all units, the refrigerators did not have required clear floor space for approach and use. (FHAG, Requirement 7, (1) (a), p 9511). The wall blocks a parallel approach and the depth of the space to the cabinets opposite the refrigerator blocks a forward approach.  In the model unit, the distance between the refrigerator and the island was 33-1/2 inches, less than the 40 inches required (see above).

*Refrigerator - with door open - Unit 1211 (#9755)*

*Refrigerator - with door closed - Unit 412 (#446)*



CHA Report - Appendix B - Section 3 - 9

*Refrigerator to island clearance - Model Unit (#9953)*



The dishwashers were installed between the sinks and the side cabinet.  The distances between the edge of the dishwasher and the side cabinet were 2-1/2 inches to 5 inches.  A forward approach to the dishwasher requires a 30 inch wide space centered on the appliance.  A cabinet or wall within 6 inches of the side of the appliance obstructs that approach.  (FHAG, Req. 7, (1)(a)).



*Unit 412 – Dishwasher (#439)*



*Unit 1211 - Dishwasher (#9752)*

*Model Unit - Dishwasher (#9961)*



**Pinegrove – 1 Bedroom, 1 Bath with Den**
Visited Unit #s 1017, 1217, 1517.  None had attached garages.

Required elements for the covered units include:

1.      An accessible route into and through the covered dwelling unit (24 CFR 100.205 (c)(i)).

- The storage room doors opened to the patio space.  The exterior threshold heights measured 1-3/4 inches to 2-5/8 inches.  The storage closets were 32-1/2 to 32-3/4 inches deep and access to this space requires an accessible threshold and door. The storage closets were not accessible. (Guidelines, Requirement 3 (2)).

| Unit 1017 | Unit 1217 | Unit 1517 |
|---|---|---|
| Ext Threshold 1-3/4 in. *(#572)* | Ext. Threshold 2-5/8 in. *(#667)* | Locked - no access |
|  |  | |
| Int. Threshold 1 in. *(#574)* | Int. Threshold 1 in. *(#668)* | . |
|  |  | |

2.      Light switches, electrical outlets, thermostats and other environmental controls are required to be in accessible locations. (24 CFR 100.205 (c)(ii)).

In the three Pinegrove units, the following items were noted that were not within reach range:

- Outlets on the back wall of the kitchen were mounted at 46-1/4 inches above the floor, above the 44 or 46 inch maximum allowed.



*Unit 1017 - Outlet height above the counter (#587)*



- The thermostats in Unit 1517 mounted with the controls more than 48 inches above the floor (49 inches).

*Unit 1517 - Thermostat height (#714)*

3.   Reinforcements in bathroom walls to allow later installation of grab bars around the toilet, tub, shower stall and shower seat are required where these facilities are provided. (100.205(c)(3)(iii)).  Without destructive testing, it was not possible to confirm whether or not reinforcements were provided.

4.   Usable kitchens and bathrooms such that an individual in a wheelchair can maneuver about the space are required in covered dwelling units. (100.205(c)(3)(iv)).



The kitchen was a U-shape layout with the sink facing the living room, stove/oven and refrigerator on the back wall and side walls.

*Kitchen, view from living area, Unit 1017 (#579)*

In all units, the refrigerators did not have required clear floor space for approach and use. (Guidelines, Requirement 7, (1) (a), p 9511). The wall adjacent to the refrigerator blocks parallel and forward approach.



*Refrigerator - with door open - Unit 1017 (#593), left*

*Refrigerator - with door closed - Unit 1217 (#674), below left*

*Refrigerator - with door closed - Unit 1517 (#720), below*



The dishwashers were installed between the sinks and the side cabinet.  The distances between the edge of the dishwasher and the side cabinet were 4-1/4 inches to 5 inches.  A forward approach to the dishwasher requires a 30 inch wide space centered on the appliance.  A cabinet or wall within 6 inches of the side of the appliance obstructs that approach.

*Unit 1217 – Dishwasher (#673), near right*

*Unit 1517 - Dishwasher (#718), far right*




CHA Report - Appendix B - Section 3 - 13

**Pinemeadow - 3 Bedroom, 2 Bath**
Visited Unit #418, 618, 1118 and 1418.  All three bedroom units had attached garages.

Required elements for the covered units include:

1.      An accessible route into and through the covered dwelling unit (24 CFR 100.205 (c)(i)).

- The storage room doors opened into the patio space.  At all the units, the exterior threshold heights measured 2 inches to 3-1/4 inches tall.  The storage closets were 39 to 39-1/2 inches deep and access to this space requires an accessible threshold and door.  The storage closets were not accessible.

| Unit 418 | Unit 618 | Unit 1118 | Unit 1418 |
|---|---|---|---|
| Ext Threshold 2 in. *(#470)* | Ext. Threshold 3 in. *(#9878)* | Ext. Threshold 2-3/4 in. *(#649)* | Ext. Threshold 2-3/4 in. *(#689)* |
|  |  |  |  |
| Int. Threshold 3/4 in. *(#471)* | Int. Threshold 3/4 in. *(#9879)* | Int. Threshold 1-1/2 in. *(#648)* | Int. Threshold 1 in. *(#690)* |
|  |  |  |  |

- In the second bedrooms, the closets were more than 24 inches deep (25-1/2 inches to 25-3/4 inches).  The clear opening provided by the mirrored sliding door was less than 32 inches (27 inches to 27-5/8 inches). (FHAG Req. 3, (2)).



*Unit 418 - closet door (#491)*



*Unit 618 - closet door (#635)*



*Unit 1418 - closet door (#701)*

2.      Light switches, electrical outlets, thermostats and other environmental controls are required to be in accessible locations. (24 CFR 100.205 (c)(ii)).  In the three Pinemeadow units, the following items were noted that were not within reach range:

- At Units 418 and 1118, the thermostat was mounted with the controls more than 48 inches above the floor (48-1/2 and 49-1/2 inches respectively).

 

*Thermostat - Unit 418 (#472)*          *Thermostat - Unit 1118 (#656)*

3.      Reinforcements in bathroom walls to allow later installation of grab bars around the toilet, tub, shower stall and shower seat are required where these facilities are provided. (100.205(c)(3)(iii)).  Without destructive testing, it was not possible to confirm whether or not reinforcements were provided.

4.      Usable kitchens and bathrooms such that an individual in a wheelchair can maneuver about the space are required in covered dwelling units. (100.205(c)(3)(iv)).

The kitchen was an L shaped layout with the sink, dishwasher, stove/oven and refrigerator on the back wall and an island between the kitchen and the living area.

The distance between the face of the sink and the opposing island cabinet was less 40 inches (38-3/4 inches) at Unit 1418.   The Guidelines state that "Usable kitchens would meet section (100.205(c)(3)(iv)) if: ( b) Clearance between counters and all opposing base cabinets, countertops, appliances or walls is at least 40 inches." (Guidelines, Requirement 7, (1) (b), p 9511).

     *Cabinet clearance - Unit 1418 (#686)*

In all units, the refrigerators did not have required clear floor space for approach and use. (Guidelines, Requirement 7, (1) (a), p 9511). The wall adjacent to the refrigerator blocks parallel and forward approach.







*Refrigerator - Unit 418 (#477),above*

*Refrigerator - Unit 618 (#514), middle        Refrigerator - Unit 1118 (#659), right*

The dishwashers were installed between the sinks and the side cabinet.  The distances between the edge of the dishwasher and the side cabinet were 1-1/4 inches to 2-1/4 inches.  A forward approach to the dishwasher requires a 30 inch wide space centered on the appliance.  A cabinet or wall within 6 inches of the side of the appliance obstructs that approach.





*Unit  418 – Dishwasher (#479)*

*Unit 618 - Dishwasher (#515)*



*Unit 1418 - Dishwasher (#685)*



In the second bathroom, Unit 1418, the clear floor space for parallel approach to the lavatory was not provided.  The approach space must be centered on the lavatory and must be 48 inches long total.  (FHAG, Req.7,(2) (ii)). At Unit 1418, one lavatory was less than 24 inches from the side wall (23-1/4 inches).

*Lavatory centerline, Unit 1418 (#698)*



In the same bathroom, the toilet was not 18 inches from the sidewall as is required (FHAG, Req. 7, (2)(ii)). In Unit 1418 the centerline was 17-1/4 inches and in Unit 618 the centerline was 17 inches.

*Toilet centerline - Unit 1418 (#699)*

**Pineview– 1 Bedroom, 1 Bath**
Visited Units #215, 813, 1113 and 1415.  None had attached garages.  Unit 1415 was being renovated.

Required elements for the covered units include:

1.      An accessible route into and through the covered dwelling unit (24 CFR 100.205 (c)(i)).

- The primary entry door to Unit 1415 had a threshold greater than 1/2 inches high. The exterior height was 1-3/8 inches, the interior was 7/8 inches (ANSI 4.13.8).

   *Unit 1415 - Primary Entry, Exterior of Threshold (#724)*

   *Unit 1415 - Primary Entry, Interior of Threshold (#725)*

- The storage room doors opened into the patio space.  The exterior threshold heights measured were greater than 3/4 inches (1 to 2-1/2 inches).  The storage closets were 44 to 44-1/2 inches deep which is deeper than 24 inches and access to this space requires an accessible threshold and door.  The storage closets were not accessible. (Guidelines, Requirement 3 (2))

| Unit 215 | Unit 813 | Unit 1113 | Unit 1418 |
|---|---|---|---|
| Ext Threshold 2-1/2 in. *(#9605)* | Ext. Threshold 2 in. *(#541)* | Ext. Threshold 1 in. *(#9688)* | Closet was blocked |
|  |  |  | |
| Int. Threshold 3/4 in. *(#9606)* | Int. Threshold 3/4 in. *(#542)* | Int. Threshold 1 in. *(#9689)* | |
|  |  |  | |

2.    Light switches, electrical outlets, thermostats and other environmental controls are required to be in accessible locations. (24 CFR 100.205 (c)(ii)).

In the four Pineview units, the following items were noted that were not within reach range:



- Outlets in the Unit 215 kitchen were mounted at 46-1/4, above the 44 or 46 inch maximum allowed.

     *Unit 215 - kitchen outlet above counter (#9613)*

- The exterior outlet in Unit 1113 was mounted with the lowest outlet at 13-1/2 inches from the floor. The lowest point that remains within reach range is 15 inches above the floor (FHAG, Req. 5).

- The security panel in Unit 1415 was mounted with the topmost buttons more than 48 inches above the floor (48-1/2).





*Unit 1113 - exterior outlet (#9693), left*
*Unit 1415 - security panel (#726), above*

- The thermostats in Units 215, 813 and 1113 were mounted with the controls more than 48 inches above the floor (49-1/4 inches, 48-1/4 inches and 50-3/4 inches respectively).






*Thermostat height - Unit 215 (#9667), upper left*
*Thermostat height - Unit 813 (#555), above*
*Thermostat height - Unit 1113 (#9714), left*

3.  Reinforcements in bathroom walls to allow later installation of grab bars around the toilet, tub, shower stall and shower seat are required where these facilities are provided. (100.205(c)(3)(iii)). Without destructive testing, it was not possible to confirm whether or not reinforcements were provided.

4.  Usable kitchens and bathrooms such that an individual in a wheelchair can maneuver about the space are required in covered dwelling units. (100.205(c)(3)(iv)).

    The kitchen was a U-shaped layout with the sink and dishwasher on the back wall, the stove on one side wall and the refrigerator in a nook at the other side.

The refrigerators in all four units did not have required clear floor space for approach and use. (Guidelines, Requirement 7, (1) (a), p 9511). The wall adjacent to the appliance blocked the required 30 x 48 inch clear approach space.



*Refrigerator nook (door open) - Unit 215 (#9619)*



*Refrigerator nook - Unit 813 (#551)*



*Refrigerator nook - Unit 1113 (#9701)*

The dishwashers were installed between the sinks and the side cabinet by the stove. The distances between the edge of the dishwasher and the side cabinet were 4 inches to 4-3/4 inches. A forward approach to the dishwasher requires a 30 inch wide space centered on the appliance. A cabinet or wall within 6 inches of the side of the appliance obstructs that approach.




*Dishwasher (#9628)*          *Unit 813 - Dishwasher (#548)*




*Unit 1113 - Dishwasher (#9698)*          *Unit 1418 - Dishwasher (#745)*

In Unit 215, the bathroom door swing was into the room. No 30 x 48 inch clear floor space was provided clear of this door swing (FHAG Req. 7, (2)(i)). The clearance between the nose of the door and the toilet was 24 inches.



*Unit 215 - floor space (#9634)*

*END OF APPENDIX C*

CHA Report - Appendix B - Section 3 - 23