# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:09-cv-0412-B |
| JPI CONSTRUCTION L.P., et al., | § § | |
| Defendants. | § § | |

UPON CONSIDERATION OF Plaintiff's Objections to the Magistrate's Report and Recommendation to Deny the United States' Motion for Partial Summary Judgment as to Liability, and the opposition thereto, it is by the United States District Court for the Northern District of Texas, this _____ day of _____ 2011, hereby

ORDERED that Plaintiff's Objections (Dkt. # 245) are OVERRULED.

ORDERED that the Findings and Recommendation of the Magistrate Judge (Dkt. #243) are ADOPTED.

ORDERED that Plaintiff's Motion for Partial Summary Judgment (Dkt. #235) is DENIED.

_____
**JUDGE**

Copies provided to:
All counsel