UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-412-B |
| | § | |
| JPI CONSTRUCTION, L.P., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OVERRULING OBJECTIONS AND ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Before the Court are the Magistrate Judge's Findings and Recommendation, filed November 10, 2011 (doc. 243), in which the Magistrate Judge recommends denial of the parties' cross-motions for summary judgment. Also before the Court are the United States' Objections filed November 25, 2011 (doc. 245). After conducting a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) of the pleadings, files and records in this case as well as the Findings and Recommendation, the United States' objections thereto, and the Defendants' response to these objections, the Court **OVERRULES** the United States' Objections and **ACCEPTS** the Magistrate Judge's Findings and Recommendation in their entirety. The parties' cross-motions for summary judgment filed April 15, 2011 (doc. 235) and May 16, 2011 (doc. 237) are hereby **DENIED** for the reasons set forth by the Magistrate Judge in his Findings and Recommendation.

The parties are hereby **ORDERED** to submit a joint status report setting forth an agreed trial date and proposed deadlines in connection with such trial date. The Court will consider proposed trial dates between June 18, 2012 and October 29, 2012. The joint status report shall be filed with the Court by **January 30, 2012.**

SO ORDERED.

DATED: January 9, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE